IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

REBECCA PADILLA FORWARD,
    Petitioner,

vs.                              Case No.  5:07cv245/SPM/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

This cause is before the court on Respondent's answer (Doc. 14) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply.

Accordingly, it is therefore **ORDERED**:

Petitioner shall reply to Respondent's answer (Doc. 14) within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 25th day of April 2008.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**